IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CIVIL ACTION NO: 4:17-cv-2221

MARIO FOBBS,

    Plaintiff,

vs.

BUZZZZ BE GONE, LLC  d/b/a MOSQUITO JOE,
and BROOKE THOMPSON,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING OF CERTIFICATE OF INTERESTED PERSONS**

Plaintiff, Mario Fobbs, hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. **Mario Fobbs, Plaintiff.**

2. **James M. Loren, Esquire – Goldberg & Loren, P.A., Co-Counsel for Plaintiff, Plantation, FL.**

3. **George Goldberg, Esquire – Goldberg & Loren, P.A., Co-Counsel for Plaintiff, Plantation, FL.**

4. **Buzzzz Be Gone, LLC d/b/a Mosquito Joe, Defendant.**

5. **Brooke Thompson, Defendant**.

    Respectfully submitted,

    **GOLDBERG & LOREN, PA**
    By: /s/ James M. Loren, Esq.
    **James M. Loren**
    **Attorney-in-charge**

        Federal Bar No. 2656541
        George Z. Goldberg
        Federal Bar No. 2659719
        Rachael Rustmann
        TX Bar No. 24073653
        3102 Maple Ave, Suite 450
        Dallas, Texas 75201
        Main Phone:   800-719-1617
        Facsimile:      (954) 585-4886
        jloren@lorenlaw.com
        rrustmann@goldbergloren.com
        ggoldberg@goldbergdohan.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 27, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                    By: */s/ James M. Loren*
                                            James M. Loren

**SERVICE LIST**

Buzzzz Be Gone, LLC d/b/a Mosquito Joe
5900 Chimney Rock Road, Suite R
Houston, Texas 77081

Brooke Thompson
5900 Chimney Rock Road, Suite R
Houston, Texas 77081