## CAUSE NO. 4:17-cv-2221

| | | |
|---|---|---|
| MARIO FOBBS | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE SOUTHERN DISTRICT OF TEXAS |
| | § | |
| BUZZZZ BE GONE, LLC D/B/A MOSQUITO JOE, AND BROOKE THOMPSON | § | |
| Defendant. | § | HOUSTON DIVISION |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Shane Swatzell** who, being by me duly sworn, deposed and said:

"The following came to hand on **August 9, 2017 at 3:00 pm**,

**SUMMONS IN A CIVIL ACTION, COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES,**

and was executed at **5900 CHIMMNEY ROCK RD STE R, HOUSTON, TX 77081** within the county of **HARRIS** at **12:51 PM** on **Thu, Aug 10, 2017**, by delivering a true copy to the within named

**BUZZZZ BE GONE, LLC D/B/A MOSQUITO JOE BY SERVING IT'S REGISTERED AGENT BROOKE P. THOMPSON**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Shane Swatzell**, my date of birth is **2/21/1982**, and my address is **ONE RIVERWAY SUITE 1700, HOUSTON, TX 77056**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris** County, State of **Texas**, on **August 22, 2017.**

*[Signature]*

Shane Swatzell
SCH 10437; Expires 07/31/2019
Harris County, TX