United States District Court
Southern District of Texas
**ENTERED**
September 07, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARIO FOBBS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:17-cv-02221** |
| | § | |
| **BUZZZZ BE GONE, LLC d/b/a** | § | |
| **MOSQUITO JOE,** | § | |
| **and BROOKE THOMPSON,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

<u>**ORDER**</u>

On this day, the Court considered Plaintiff's Request for Entry of Default (Doc. No. 7).

After considering the foregoing Request, it is **DENIED** at this time.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 7th day of September, 2017.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1